675 A.2d 1204

**Donald Lee ESPENSHADE, Sr., and Betty L. Espenshade, Appellants,**

**v.**

**CONEWAGO TOWNSHIP BOARD OF SUPERVISORS, and Pennsylvania State Police, Appellees.**

**No. 105 M.D. Appeal Docket 1994.**

Supreme Court of Pennsylvania.

May 16, 1995.

Donald Lee Espenshade, Steelton, pro se.

Betty L. Espenshade, Steelton, pro se.

Michael C. Barrett, Harrisburg, for PA State Police.

Jon A. Yost, Hershey, for Conewago Twp.

### *ORDER*

PER CURIAM.

AND NOW, it is hereby ordered that the order of the Commonwealth Court is hereby AFFIRMED.

Mr. Justice Montemuro is sitting by designation.

### *ORDER*

PER CURIAM.

AND NOW, this 15th day of April, 1996, the Motion for Reconsideration En Banc is DENIED.